UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAIGISTRATE NO: 22-MJ-0126 |
| | : | |
| EDER LUCIANO PACHECO, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(vii) |
| Defendant. | : | (Unlawful Possession with Intent to |
| | : | Distribute One Hundred Kilograms or |
| | : | More of Marijuana) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. §§ 853(a) and (p), |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 28, 2022, within the District of Columbia, **EDER LUCIANO PACHECO**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance and the amount of said mixture and substance was one hundred kilograms or more.

**(Unlawful Possession with Intent to Distribute One Hundred Kilograms or more of a Mixture Containing Marijuana,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii))

### COUNT TWO

On or about May 28, 2022, within the District of Columbia, **EDER LUCIANO PACHECO**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the

United States, that is, Count One of this Indictment, which is incorporated herein, a firearm, that is, a XD-9 Springfield Armory 9mm semi-automatic handgun and 9mm ammunition, and a Taurus G2S, 9mm semi-automatic handgun.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One, and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a XD-9 Springfield Armory, 9mm semi-automatic handgun and 9mm ammunition, and Taurus G2S semi-automatic handgun.

2. Upon conviction of either of the offenses alleged in Counts One, and/or Two of this indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.


*Matthew M Graves/ GPL*
Attorney of the United States in
and for the District of Columbia.